# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1547
Lower Tribunal No. 2006-CF-004663-A-O

_____

SIR CHARLES CRAWLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. R. 9.141(b)(2) from the Circuit Court for Orange County.
Mark S. Blechman, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

BROWNLEE and GANNAM, JJ., and LAMBERT, B.D., Associate Judge, concur.


Sir Charles Crawley, Graceville, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED